☞ ORIGINAL

Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

      -v.-                         :     NOTICE OF INTENT TO
                                             FILE AN INFORMATION

THOMAS R. POMBONYO,

              Defendant.

**08 CRIM 326**

- - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           April 4, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

              By: _____
                   E. Danya Perry
                   Assistant United States Attorney

              AGREED AND CONSENTED TO:

              By: _____
                 ~~Steven Searing, Esq.~~
                 Attorney for Thomas R. Pombonyo
                 MATTHEW W. BRISSENDEN

4/4/08 WHEEL A