*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA            :     **WAIVER OF INDICTMENT**

      -v.-                          :     08 Cr. _____ (AKH)

THOMAS R. POMBONYO,                 :

                 Defendant.       :
- - - - - - - - - - - - - - - - - -X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1346, 1349, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
        April 11, 2008

                                          _____
                                          THOMAS R. POMBONYO
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          Matthew Brissenden, Esq.
                                          Attorney for Thomas R. Pombonyo