# SCARING & BRISSENDEN, PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

STEPHEN P. SCARING, P.C.
MATTHEW W. BRISSENDEN
VIVIAN Y. KIM

(516) 683-8500

FAX
(516) 683-8410

sscaring@scaringlaw.com

May 5, 2008

**Via ECF & Regular Mail**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:     *United States v. Thomas Pombonyo*
          Case No. 1:08-cr-00326-AKH-1

Dear Judge Hellerstein,

This office represents the defendant Thomas Pombonyo in the above-referenced matter. Pursuant to Mr. Pombonyo's bail conditions, he is presently permitted to travel within the Southern and Eastern Districts of New York. We are writing to respectfully request that Mr. Pombonyo's bail conditions be modified to permit him to travel to Florida between Wednesday, July 16, 2008, and Wednesday, July 23, 2008, to watch his daughter perform in a national twirling competition.

Mr. Pombonyo will be watching his daughter perform daily in a national twirling competition between Wednesday, July 16, 2008, and Saturday, July 19, 2008, in Daytona Beach, Florida. Mr. Pombonyo will be spending the remaining time between Sunday, July 20, 2008, to Wednesday, July 23, 2008, with his family in Orlando, Florida.

As part of Mr. Pombonyo's conditions in traveling to Florida, Mr. Pombonyo will provide copies of his plane tickets and itinerary to Pretrial Services.

We have conferred with AUSA Danya Perry, and she does not object to this modification. We have also spoken with Mr. Patrick Mancini from pre-trial services and he does not oppose said modification.   Thank you for your time and consideration.

SCARING & BRISSENDEN, PLLC

Respectfully submitted,

Vivian Joo

cc:    AUSA Danya Perry (Via ECF & Fax 212-637-2387)
       Patrick Mancini, Pretrial Services (Via Fax 631-712-6415)