# SCARING & BRISSENDEN, PLLC
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
MATTHEW W. BRISSENDEN
TRACY A. AMATO

sscaring@scaringlaw.com

August 21, 2008

**Via ECF & Regular Mail**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:  *United States v. Thomas Pombonyo*
     Case No. 1:08-cr-00326-AKH-1

Dear Judge Hellerstein,

This office represents the defendant Thomas Pombonyo, who is currently scheduled to be sentenced before Your Honor on September 19, 2008. We are writing to respectfully request a three week adjournment of the sentencing, for two purposes: 1) to provide our office with sufficient time to respond to the PSR and to submit a sentencing letter on Mr. Pombonyo's behalf; and 2) to provide the Defendant with additional time to refinance his house, which funds he intends to use towards restitution in the above-referenced matter.

We have conferred with AUSA Danya Perry, who has no objection to our request for an adjournment. Thank you for considering this request.

Respectfully submitted,

Stephen P. Scaring

cc: AUSA Danya Perry (via ECF and regular mail)