# SCARING & BRISSENDEN, PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, PC
MATTHEW W. BRISSENDEN
TRACY A. AMATO

sscaring@scaringlaw.com

AUG 2 6 2008

August 21, 2008

**Via ECF & Regular Mail**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:   *United States v. Thomas Pombonyo*
      Case No. 1:08-cr-00326-AKH-1

Dear Judge Hellerstein,

    This office represents the defendant Thomas Pombonyo, who is currently scheduled to be sentenced before Your Honor on September 19, 2008. We are writing to respectfully request a three week adjournment of the sentencing, for two purposes: 1) to provide our office with sufficient time to respond to the PSR and to submit a sentencing letter on Mr. Pombonyo's behalf; and 2) to provide the Defendant with additional time to refinance his house, which funds he intends to use towards restitution in the above-referenced matter.

    We have conferred with AUSA Danya Perry, who has no objection to our request for an adjournment. Thank you for considering this request.

[Handwritten endorsement: Sentencing adjourned to Oct. 16, 2008 at 11:00 a.m. 8/26/08]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

Respectfully submitted,

Stephen P. Scaring

cc: AUSA Danya Perry (via ECF and regular mail)

**MEMO ENDORSED**